## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CENTERDOR M. JACKSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-19-173-G** |
| | ) | |
| **ROBERT M. RAVITZ et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Now before the Court is the is the April 2, 2019 Report and Recommendation issued by Magistrate Judge Suzanne Mitchell, in which she recommends the petition herein be dismissed without prejudice because Petitioner Centerdor M. Jackson failed to follow her orders or otherwise communicate with the Court regarding his pleading deficiencies and payment of the required filing fee. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein; nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation entered on April 2, 2019, is ADOPTED IN ITS ENTIRETY, and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of June, 2019.

CHARLES B. GOODWIN
United States District Judge